IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH W. SINK,

     Appellant,

 v.

BRADLEA HEATH, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE
OF LINDA L. HEATH,

     Appellee.
_____/

Case No.  5D21-2310
LT Case No. 2020-CP-034232

Decision filed September 27, 2022

Appeal from the Circuit Court
for Brevard County,
George Paulk, Judge.

Ovide Val, of Law Office of Attorney
Ovide Val, North Miami, for
Appellant.

Lisa C. McCrystal and Margaret A.
Wharton, of Wharton Law Group,
P.A., Oviedo, and David A. Yergey,
III, of Yergey & Yergey, P.A.,
Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.